DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

VICK v. VICK

No. 153 PC.

Case below: 38 N.C. App. 629.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 January 1979.

WALLPAPER CO. v. PEACOCK & ASSOC.

No. 123 PC.

Case below: 38 N.C. App. 144.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 January 1979.

WALLPAPER CO. v. PEACOCK & ASSOC.

No. 124 PC.

Case below: 38 N.C. App. 149.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 January 1979.